*Caldwell & Sachs, for appellant.*
*J. R. Robinson, for appellee.*

---

JOHN ARMSTRONG *v.* T. W. HUDGENS.

Judgments—Actions to Enforce Collection—Second Judgment in Personam.

In an action to enforce the collection of a judgment, the circuit court has no authority to render a second judgent in personam.

APPEAL FROM CARTER CIRCUIT COURT.

January 27, 1872.

OPINION OF THE COURT BY JUDGE PRYOR:

This action was instituted to enforce the collection of a judgment. The circuit court, therefore, had no authority to render a second judgment *in personam* against the appellant, and to this extent the judgment appealed from must be reversed.

There is a slight error in the amount adjudged to be paid out of the Jacobs debt, but the error is so insignificant (being less than one dollar), that the judgment *in rem* will not be disturbed on that account.

The formal judgment is reversed and cause remanded.

*Davis, for appellant.*